**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**


**LORENZO HULL, #81181**                                                    **PETITIONER**

**VERSUS**                                   **CIVIL ACTION NO. 5:09-cv-2-DCB-MTP**

**STATE OF MISSISSIPPI**                                                    **RESPONDENT**


### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.  Pursuant to

the Memorandum Opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed without prejudice for

failure to comply with the orders of this Court.

SO ORDERED, this the ___4th___ day of __August_____, 2009.


                                    ___s/ David Bramlette_____
                                    UNITED STATES DISTRICT JUDGE